IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF: | ) ) ) |
| DOUGLAS ANTHONY WALKER, JR. | ) CAUSE NUMBER 4:14-mc-00617-CDP ) ) |

### ORDER TO SHOW CAUSE

A copy of an order demonstrating the imposition of discipline upon **Douglas Anthony Walker, Jr.** by the Supreme Court of Missouri has been filed with this Court and is attached hereto. In accordance with Local Rule 12.02 and the Rules of Disciplinary Enforcement,

**IT IS HEREBY ORDERED** that **Douglas Anthony Walker, Jr.** shall show cause in writing within thirty days after service of this order why the same discipline ordered by the Supreme Court of Missouri should not be imposed by this Court for one or more of the reasons set forth in Local Rule 12.02 and the Rules of Disciplinary Enforcement.

Dated this 7th day of November, 2014.

_____
Catherine D. Perry
Chief United States District Judge